Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                          Case No.: 16−34690−CMG
                                                          Chapter: 13
                                                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer Alicia Rice
   1408 7th Ave
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−6292

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/20/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 20, 2017
JAN: dmi

                                                                                            Jeanne Naughton
                                                                                            Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 16-34690-CMG
Jennifer Alicia Rice                                                Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 20, 2017
                              Form ID: 148             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db             +Jennifer Alicia Rice,    1408 7th Ave,    Neptune, NJ 07753-4944
516573722     #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
516573724      +Avante,   3600 South Gessner Suite 225,    Houston, TX 77063-5357
516595350      +KML Law Group,    216 Haddon Ave,    Ste 406,   Collingswood, NJ 08108-2812
516573727      +Meridan Health,    Po Box 9319,   Trenton, NJ 08650-1319
516573728     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
516573730     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2017 22:57:36      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2017 22:57:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516573723       E-mail/Text: ebn@americollect.com Mar 20 2017 22:57:40      Americollect Inc,    Po Box 1566,
                 Manitowoc, WI 54221
516573725      +E-mail/Text: bkcy@creditmgt.com Mar 20 2017 22:57:24      Credmgmtcntl,    P.O. Box 1654,
                 Green Bay, WI 54305-1654
516634718      +EDI: IRS.COM Mar 20 2017 22:34:00      IRS,   POB 7346,   Philadelphia, PA 19101-7346
516611477       EDI: Q3G.COM Mar 20 2017 22:34:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516611479       EDI: Q3G.COM Mar 20 2017 22:34:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516573729      +E-mail/Text: bankruptcy@savit.com Mar 20 2017 22:58:20      Sa-Vit Collection Agen,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
516573731      +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Mar 20 2017 22:58:07      Township of Neptune,
                 Po Box 1167,    Neptune, NJ 07754-1167
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516573726*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:    Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
516710141*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 20, 2017
                              Form ID: 148             Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Jennifer Alicia Rice bkwoliver@aol.com
                                                                                             TOTAL: 4
```